Marc V. Kalagian
Attorney at Law: 149034
Rohlfing & Kalagian, LLP
211 E. Ocean Boulevard, Ste. 420
Long Beach, California 90802
Tel.: (562) 437-7006
Fax: (562) 432-2935
E-Mail: marckalagian_rohlfinglaw@hotmail.com

*E-FILED 1/3/07*

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| WANDA FREDDIE, | Case No.: C 06-4989 RS |
| Plaintiff, | [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE |
| v. | |
| JO ANNE B. BARNHART, Commissioner of Social Security Administration, | |
| Defendant | |

Based upon the stipulation of the parties, and for cause shown, IT IS ORDERED that the time for Plaintiff to file her motion for summary judgment, pursuant to the Scheduling Order ("Order"), is extended to January 29, 2007; and that all other scheduling dates set forth in the Order are extended accordingly.

Date: January 3, 2007

_____
UNITED STATES MAGISTRATE JUDGE

-1-