1  Marc V. Kalagian
   Attorney at Law: 149034
2  Rohlfing & Kalagian, LLP          *E-FILED 8/6/07*
   211 East Ocean Boulevard, Suite 420
3  Long Beach, California 90802
   Tel.: (562) 437-7006
4  Fax:  (562) 432-2935
   E-mail: marckalagian_rohlfinglaw@hotmail.com
5
   Attorneys for Plaintiff Wanda Freddie
6

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN JOSE DIVISION**

11

12 | WANDA FREDDIE,              | ) | Case No.: C06-04989 RS |
   |                             | ) |                        |
13 | Plaintiff,                  | ) | STIPULATION FOR THE AWARD |
   |                             | ) | AND PAYMENT OF ATTORNEY |
14 | vs.                         | ) | FEES PURSUANT TO THE EQUAL |
   |                             | ) | ACCESS TO JUSTICE ACT, 28 U.S.C. |
15 | MICHAEL J. ASTRUE,          | ) | § 2412(d) |
   | Commissioner of Social Security, | ) | AND ORDER THEREON |
16 |                             | ) |   |
   | Defendant.                  | ) |   |
17 |_____| ) |   |

18      IT IS HEREBY STIPULATED by and between Plaintiff Wanda Freddie

19 ("Plaintiff") and Defendant Michael J. Astrue as the Commissioner of Social

20 Security ("Defendant"), collectively as the "parties," through their undersigned

21 attorneys, subject to the approval of the Court, that Marc V. Kalagian, as Plaintiff's

22 counsel and assignee, be awarded attorney fees, costs and expenses under the

23 EAJA in the amount of three thousand five hundred seventy five dollars and one

24 cent ($3575.01).  This amount represents compensation for all legal services

25 rendered by Marc V. Kalagian on behalf of Plaintiff in connection with this civil

26 action, in accordance with 28 U.S.C. § 2412(d).

1   The stipulation is entered into for the sole purpose of settling all disputed
2 claims regarding EAJA and avoiding the expenses and risks of litigation. This
3 stipulation constitutes a compromise settlement of Plaintiff's request for EAJA
4 attorney fees, costs, and expenses.  This stipulation does not constitute an
5 admission of liability on the part of Defendant under the EAJA.  This stipulation
6 does not settle, or compromise the question of whether Marc V. Kalagian may be,
7 is, or should be the direct payee of an award of fees, costs, and expenses under the
8 EAJA in the absence or presence of an express or implied assignment of such an
9 award nor whether any such award is free from or subject to debts of Plaintiff, if
10 any, under the Debt Collection Act of 1996, 31 U.S.C. § 3716, or as to any issue
11 regarding the applicability of the Assignment of Claims Act, 31 U.S.C. § 3727.
12   Neither this agreement nor the substance herein shall, in full or in part, be
13 quoted, cited or referred to in any document filed in any case but the present one
14 and it shall not, in full or in part, be attached to any document filed in any case but
15 the present one.
16   Payment of three thousand five hundred seventy five dollars and one cent
17 ($3575.01) in EAJA attorney fees, costs, and expenses to Marc V. Kalagian shall
18 constitute a complete release from and bar to any and all claims Plaintiff may have
19 relating to EAJA fees in connection.  Any payment shall be made payable to
20 Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

DATE: August 3, 2007     Respectfully submitted,

Rohlfing & Kalagian, LLP

BY: _____/s/ *Marc V. Kalagian*_____
Marc V. Kalagian
Attorney for plaintiff
WANDA FREDDIE

DATE: August 3, 2007     SCOTT N. SCHOOLS
United States Attorney


BY: _____/s/ *Nancy M. Lisewski by Marc V. Kalagian\**_____
NANCY M. LISEWSKI
Assistant United States Attorney
Attorneys for defendant MICHAEL J. ASTRUE
Commissioner of Social Security

*via e-mail authorization of August 2, 2007

Marc V. Kalagian
Attorney at Law: 149034
Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, California 90802
Tel.: (562) 437-7006
Fax:  (562) 432-2935
E-mail: marckalagian_rohlfinglaw@hotmail.com

Attorneys for Plaintiff Wanda Freddie

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION DIVISION

| | |
|---|---|
| WANDA FREDDIE, | Case No.: C06-04989 RS |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to Marc V. Kalagian, as Plaintiff's assignee and subject to the reservation of rights, the amount of three thousand five hundred seventy five dollars and one cent ($3575.01), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE: August 6, 2007

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE